# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF MACY and LYNN MACY, <br><br> PLAINTIFF(S) <br><br> v. <br><br> SAN BERNARDINO COUNTY CODE ENFORCEMENT, <br><br> DEFENDANT(S). | CASE NUMBER <br><br> 5:23-cv-00558-JGB-BFM <br><br> **ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |

WHEREAS, the documents listed below are deficient for the following reason(s):
IFP Request was denied on May 19, 2023, and the action was dismissed at that time.

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
|---|---|
| Second Amended Complaint (ECF No. 22) | April 20, 2024 |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

June 14, 2024
Date

Hon. Jesus G. Bernal, United States District Judge

CV-80 (12/22)                    ORDER STRIKING FILED DOCUMENTS FROM THE RECORD